UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Percic Enterprises, Inc., individually, and as the representative of a class of similarly-situated persons, | Civil No. 09-3629 (MJD/SRN) |
| Plaintiff, | ORDER |
| v. | |
| vi. | |
| European Autoworks, Inc., d/b/a Autopia, | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| Macaw, Inc., | |
| Third-Party Defendant | |

Phillip A. Bock, Bock & Hatch, LLC, 134 North LaSalle Street, Suite 1000, Chicago, Illinois 60602, and Garrett D. Blanchfield, Jr., Reinhardt, Wendorf & Blanchfield, 332 Minnesota Street, Suite E-1250, St. Paul, Minnesota 55101, for Plaintiff

William A. LeMire and Timothy J. Carrigan, Arthur, Chapman, Kettering, Smetak & Pikala, PA, 81 South 9th Street, Suite 500, Minneapolis, Minnesota 55402, for Defendant and Third-Party Plaintiff European Autoworks, Inc., d/b/a Autopia

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 6, 2010. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED that** Defendant's Motion to Remand to State Court for Lack of Subject Matter Jurisdiction (Doc. No. 19) is **GRANTED**.

Dated: May 27, 2010

                                                    s/Michael J. Davis
                                                    Michael J. Davis
                                                    United States District Judge